Certificate Number: 01401-MIE-CC-028512484




01401-MIE-CC-028512484



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 19, 2016</u>, at <u>5:52</u> o'clock <u>PM EST</u>, <u>Robert Hagen</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>December 19, 2016</u>        By:  <u>/s/Jeremy Lark for Pam Poole</u>

                                    Name:  <u>Pam Poole</u>

                                    Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01401-MIE-CC-028512483





01401-MIE-CC-028512483



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 19, 2016</u>, at <u>5:52</u> o'clock <u>PM EST</u>, <u>Catherine Hagen</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>December 19, 2016</u>          By:   <u>/s/Jeremy Lark for Pam Poole</u>

                                        Name:  <u>Pam Poole</u>

                                        Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).