| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert Carl Hagen** | Social Security number or ITIN | **xxx–xx–5544** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Catherine Elaine Hagen** | Social Security number or ITIN | **xxx–xx–8547** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Michigan** | Date case filed for chapter 7 | **1/12/17** |
| Case number: | **17–40429–tjt** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Carl Hagen | Catherine Elaine Hagen |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 47107 Willow Lane<br>Macomb, MI 48044 | 47107 Willow Lane<br>Macomb, MI 48044 |
| 4. | **Debtor's attorney**<br>Name and address | Daniela Dimovski<br>Daniela Dimovski Attorney at Law P.C.<br>44200 Garfield Rd.<br>Suite 124<br>Clinton Township, MI 48038 | Contact phone: (586) 738–6329 |
| 5. | **Bankruptcy trustee**<br>Name and address | K. Jin Lim<br>176 S. Harvey<br>Plymouth, MI 48170 | Contact phone: (734) 416–9420 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Robert Carl Hagen** and **Catherine Elaine Hagen**     Case number **17−40429−tjt**

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at www.pacer.gov. | **Address of the Bankruptcy Clerk's Office:** <br>211 West Fort Street <br>Detroit, MI 48226 <br><br>Contact phone: 313−234−0065 | **For the Court:** <br>Clerk of the Bankruptcy Court: <br>Katherine B. Gullo <br><br>Hours open: <br>8:30am−4:00pm Monday−Friday <br><br>Date: 1/12/17 |
|---|---|---|
| 7. **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 16, 2017 at 11:00 AM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br>**211 West Fort St., Room 315, Detroit, MI 48226** |
| 8. **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/17/17** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**     page **2**

```
                                United States Bankruptcy Court
                                Eastern District of Michigan
In re:                                                                                  Case No. 17-40429-tjt
Robert Carl Hagen                                                                       Chapter 7
Catherine Elaine Hagen
         Debtors                              CERTIFICATE OF NOTICE
District/off: 0645-2            User: admin                   Page 1 of 2                   Date Rcvd: Jan 13, 2017
                                Form ID: 309A                 Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Robert Carl Hagen,    Catherine Elaine Hagen,    47107 Willow Lane,    Macomb, MI 48044-5111
24529550       +41A Judicial District,    51660 Van Dyke Ave.,    Utica, MI 48316-4448
24529551       +Advantage Assets II,    3250 W Big Beaver Road Suite 124,    Troy, MI 48084-2902
24529553        Allied Interstate Inc.,    PO BOX 361474,    Columbus, OH 43236-1474
24529555       +Alpha Recovery Group,    5660 Greenwood Plaza Blvd Suite 101,    Englewood, CO 80111-2417
24529556        Asset Recovery Solutions, LLC,    2200 E. Devon Ave Ste 200,    Des Plaines, IL 60018-4501
24529558        Beaumont Business Center,    750 Stephenson Highway,    PO BOX 5042,    Troy, MI 48007-5042
24529569       +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
24529560        Capital One Card Services,    PO Box 9600,    Carol Stream, IL 60128-9600
24529565       +Client Services Inc,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
24529568       +Credit Union One,    PO BO 2858,    Omaha, NE 68103-2858
24529571       +Encore Receivable Management,    400 N Rogers Rd,    Olathe, KS 66062-1212
24529573       +Fouad Batah MD PLLC,    29877 Telegraph Rd Ste 200,    Southfield, MI 48034-7659
24529575       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
24529576        Gettington.com,    PO Box 166,    Newark, NJ 07101-0166
24529577       +HCR Manorcare Med Services,    L 2540,    Columbus, OH 43260-0001
24529578       +Heartland Care Partners MI,    L 2540,    Columbus, OH 43260-0001
24529579        Hospital Consultants PC,    3450 Momentum PL,    Chicago, IL 60689-5334
24529583       +Kyle Vonallmen,    Eltman Law PC,    5435 Corporate Drive Ste 235,    Troy, MI 48098-2624
24529585       +Merrick Bank,    PO Box 660175,    Dallas, TX 75266-0175
24529586       +Metro Center for Health,    901 McClintock Drive,    Ste 202,    Willowbrook, IL 60527-0872
24529588       +Midland Credit Management Inc.,    2365 Northside Drive,    Ste. 300,    San Diego, CA 92108-2709
24529589       +Midland Funding LLC,    2155 Butterfield Dr.,    Ste. 200,    Troy, MI 48084-3463
24529591       +NCC Business Services,    PO Box 24739,    Jacksonville, FL 32241-4739
24529590       +Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
24529592       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
24529593        Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
24529594        PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
24529595       +Physician Services of MI,    PO Box 902,    Troy, MI 48099-0902
24529600       ++RUSSELL COLLECTION AGENCY,    PO BOX 7009,    FLINT MI 48507-0009
                (address filed with court: Russell Collection,     G3285 Van Slyke Road,    Flint, MI 48507)
24529596       +Real Time Diagnostics,    23247 Pinewood,    Warren, MI 48091-4754
24529597       +Republic Equity Credit Services,    307 North Michigan Ave,    Chicago, IL 60601-5404
24529601       +Seterus,    14523 SW Millikan Way Suite 200,    Beaverton, OR 97005-2352
24529603       +Stoneleigh Recovery Associates LLC,    PO Box 1479,    Lombard, IL 60148-8479
24529607       +The Bureaus,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: danieladimovski@gmail.com Jan 13 2017 22:36:38      Daniela Dimovski,
                Daniela Dimovski Attorney at Law P.C.,     44200 Garfield Rd.,    Suite 124,
                Clinton Township, MI   48038
tr             +E-mail/Text: kjinlimtrustee@comcast.net Jan 13 2017 22:37:03      K. Jin Lim,    176 S. Harvey,
                Plymouth, MI 48170-1616
24529552       +EDI: ALLIANCEONE.COM Jan 13 2017 22:28:00      Alliance One,    4850 Street Rd,    Suite 300,
                Feasterville Trevose, PA 19053-6643
24529554       +EDI: URSI.COM Jan 13 2017 22:28:00      Alltran Financial, LP,    PO Box 722929,
                Houston, TX 77272-2929
24529557       +EDI: TSYS2.COM Jan 13 2017 22:28:00      Barclays Bank Delaware,    700 Prides Xing,
                Newark, DE 19713-6102
24529559        EDI: CAPITALONE.COM Jan 13 2017 22:28:00      Capital One Bank,    P.O. Box 6492,
                Carol Stream, IL 60197-6492
24529561       +EDI: CHASE.COM Jan 13 2017 22:28:00      Cardmember Service,    PO Box 94014,
                Palatine, IL 60094-4014
24529562       +EDI: MERRICKBANK.COM Jan 13 2017 22:28:00      Carson Smithfield, LLC,    PO Box 9216,
                Old Bethpage, NY 11804-9016
24529563       +E-mail/Text: compliance@chaserec.com Jan 13 2017 22:37:57      Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
24529564       +EDI: CITICORP.COM Jan 13 2017 22:28:00      Citibank,    PO Box 6497,
                Sioux Falls, SD 57117-6497
24529567       +EDI: WFNNB.COM Jan 13 2017 22:28:00      Comenity Bank,    995 W 122nd Ave.,
                Denver, CO 80234-3417
24529566        EDI: WFNNB.COM Jan 13 2017 22:28:00      Comenity Bank,    Bankruptcy Department,    PO Box 183043,
                Columbus, OH 43218-3043
24529570       +E-mail/Text: egssupportservices@egscorp.com Jan 13 2017 22:37:31      EGS Financial Care, Inc,
                PO Box 1020,    Dept 806,    Horsham, PA 19044-8020
24529572       +E-mail/Text: bknotice@erccollections.com Jan 13 2017 22:37:20      ERC,    8014 Bayberry Road,
                Jacksonville, FL 32256-7412
24529580       +EDI: IRS.COM Jan 13 2017 22:28:00      Internal Revene Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
24529584       +EDI: RESURGENT.COM Jan 13 2017 22:28:00      LVNV Funding LLC,    PO Box 740281,
                Houston, TX 77274-0281
24529587       +EDI: MID8.COM Jan 13 2017 22:28:00      Midland Credit Management Inc,    PO Box 60578,
                Los Angeles, CA 90060-0578
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24529598       +E-mail/Text: bk@rgsfinancial.com Jan 13 2017 22:36:53      RGS Financial,    PO Box 852039,
                 Richardson, TX 75085-2039
24529599       +E-mail/Text: info@lpinv.net Jan 13 2017 22:37:01      Riverwalk Holdings, LLC,    1132 Glade Rd,
                 Colleyville, TX 76034-4227
24529602       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jan 13 2017 22:37:50
                 State of Michigan- Dept of Treasury,    PO Box 30199,    Lansing, MI 48909-7699
24529604       +E-mail/Text: bankruptcy@superlativerm.com Jan 13 2017 22:38:00      Superlative RM,
                 9355 East Stockton Blvd, Suite 210,    Elk Grove, CA 95624-9528
24529605        EDI: RMSC.COM Jan 13 2017 22:28:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL 32896-5061
24529606        EDI: WTRRNBANK.COM Jan 13 2017 22:28:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
24529608       +EDI: HFC.COM Jan 13 2017 22:28:00      Union Plus Credit Card,    PO Box 5222,
                 Carol Stream, IL 60197-5222
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24529581*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    SBSE Insolvency Unit,
                 Po Box 330500 Stop 15,    Detroit, MI 48232)
24529574       ##+Frontline Asset Strategies,    1935 West County Road B2,    Suite 425,
                 Saint Paul, MN 55113-2797
24529582       ##+JH Portfolio Debt Equities LLC,    PO Box 339,    Woodland Hills, CA 91365-0339
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```