**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:    Robert Carl Hagen                     Case No.: 17-40429
          Catherine Elaine Hagen               Honorable Thomas Tucker
                                                Chapter 7

<u>Debtors' Motion to Excuse Catherine Elaine Hagen at 341 Hearing and</u>
<u>Allow Robert Carl Hagen to Testify on her Behalf</u>

NOW COME Debtors, Robert Carl Hagen and Catherine Elaine Hagen, by and through their attorney, Daniela Dimovski, Attorney at Law, P.C. states as follows:

1. Debtors filed Chapter 7 on January 12, 2017.

2. Debtors' 341 Meeting is scheduled February 16, 2017 at 11:00 a.m.

3. Debtor wife is bedridden and is unable to leave her house.

4. Debtor husband, Robert Carl Hagen, takes care of all of Debtors' financial affairs and is able to testify on the Debtor wife's behalf and answers all questions regarding the Debtors' assets and financial affairs.

WHEREFORE, Debtors pray that the Court enter an Order Excusing Catherine Elaine Hagen's Attendance from the 341 Meeting and Allow Robert Carl Hagen to testify on her behalf.

Dated: 1-16-17                          /s/ Daniela Dimovski
                                        DANIELA DIMOVSKI ATTORNEY AT LAW P.C.
                                        DANIELA DIMOVSKI (P60278)
                                        Attorney for Debtor
                                        44200 Garfield Rd. Suite 124
                                        Clinton Township, MI 48038
                                        (586)738-6329
                                        danieladimovski@gmail.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:    Robert Carl Hagen                  Case No.: 17-40429

          Catherine Elaine Hagen           Honorable Thomas Tucker

                                               Chapter 7

### Order Excusing Catherine Elaine Hagen's Attendance at 341 Meeting of Creditors and Allowing Robert Carl Hagen to Testify on her Behalf

This matter having come before the Court on Debtors' Motion to Excuse Catherine Elaine Hagen's Attendance at the 341Meeting and Allowing Robert Carl Hagen to Testify on her Behalf, the motion being served on all creditors listed on the matrix, no objection being filed, and a certificate of no response having been submitted, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Catherine Elaine Hagen is hereby excused from appearing at the 341 Meeting of Creditors scheduled for February 16, 2017 at 11:00 a.m.

IT IS FURTHER ORDERED that Robert Carl Hagen, Debtor husband, shall be allowed to testify at the 341 Meeting of Creditors on behalf of Catherine Elaine Hagen.

EXHIBIT A

In re:    Robert Carl Hagen                          Case No.: 17-40429
           Catherine Elaine Hagen*                   Honorable Thomas Tucker
                                                      Chapter 7

## NOTICE OF DEBTORS' MOTION TO EXCUSE CATHERINE ELAINE HAGEN'S ATTENDANCE AT 341 MEETING AND ALLOWING ROBERT CARL HAGEN TO TESTIFY ON HER BEHALF

DANIELA DIMOVSKI, ATTORNEY AT LAW, P.C, attorney for DEBTORS herein having filed a Motion to Excuse Catherine Hagen's attendance at the 341 Meeting.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the MOTION TO EXCUSE CATHRINE HAGEN'S ATTENDNANCE AT 341 MEETING AND ALLOWING ROBERT CARL HAGEN TO TESTIFY ON HER BEHALF, or if you want the court to consider your views on the Motion, within FOURTEEN (14) days from the date of service of this application, you or your attorney must:

1.       File a written response or an answer explaining your position with:
                United States Bankruptcy Court
                211 West Fort Street
                Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will

**receive** it on or before the FOURTEENTH (14TH) day from the date of service of this application.

You must also mail a copy to:

Daniela Dimovski, Attorney at Law, P.C., 44200 Garfield Rd. Suite 124 Clinton Township, MI 48038
K JIN LIM Chapter 7 Trustee 176 South Harvey St Plymouth MI 48170

2.       If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                          Respectfully submitted,
                          DANIELA DIMOVSKI, ATTORNEY AT LAW P.C.
                          By: /s/ Daniela Dimovski
                          DANIELA DIMOVSKI (60278)
                          Attorneys for Debtors
                          44200 Garfield Rd. Ste 124
                          Clinton Township, MI 48038
                          586-738-6329
                          danieladimovski@gmail.com