UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Robert Carl Hagen
Catherine Elaine Hagen

Case No.: 17-40429
Honorable Thomas Tucker
Chapter 7

**PROOF OF SERVICE**

Daniela Dimovski, being first duly sworn, states that on January 16, 2017, she served a copy of Debtors' Motion to Excuse Catherine Elaine Hagen at 341 Meeting of Creditors and Allowing Robert Carl Hagen to Testify on Her Behalf Notice of Motion, Proposed Order, and this Proof of Service upon all parties listed below via ECF or first class mail.

See attached matrix

Date: 1-16-17

/s/ Daniela Dimovski
DANIELA DIMOVSKI (P60278)
Attorney for Debtor
44200 Garfield Rd. Suite 124
Clinton Township, MI 48038
(586)738-6329
danieladimovski@gmail.com

```
Label Matrix for local noticing          41A Judicial District                    Advantage Assets II
0645-2                                   51660 Van Dyke Ave.                      3250 W Big Beaver Road Suite 124
Case 17-40429-tjt                        Utica, MI 48316-4448                     Troy, MI 48084-2902
Eastern District of Michigan
Detroit
Mon Jan 16 11:07:41 EST 2017

Alliance One                             Allied Interstate Inc.                   Alltran Financial, LP
4850 Street Rd                           PO BOX 361474                            PO Box 722929
Suite 300                                Columbus, OH 43236-1474                  Houston, TX 77272-2929
Feasterville Trevose, PA 19053-6643


Alpha Recovery Group                     Asset Recovery Solutions, LLC            Barclays Bank Delaware
5660 Greenwood Plaza Blvd Suite 101      2200 E. Devon Ave Ste 200                700 Prides Xing
Englewood, CO 80111-2417                 Des Plaines, IL 60018-4501               Newark, DE 19713-6102


Beaumont Business Center                 CW Nexus Credit Card                     Capital One Bank
750 Stephenson Highway                   101 Crossways Park                       P.O. Box 6492
PO BOX 5042                              Woodbury, NY 11797-2020                  Carol Stream, IL 60197-6492
Troy, MI 48007-5042


Capital One Card Services                Cardmember Service                       Carson Smithfield, LLC
PO Box 9600                              PO Box 94014                             PO Box 9216
Carol Stream, IL 60128-9600              Palatine, IL 60094-4014                  Old Bethpage, NY 11804-9016


Chase Receivables                        Citibank                                 Client Services Inc
1247 Broadway                            PO Box 6497                              3451 Harry Truman Blvd.
Sonoma, CA 95476-7503                    Sioux Falls, SD 57117-6497               Saint Charles, MO 63301-9816


Comenity Bank                            Comenity Bank                            Credit Union One
995 W 122nd Ave.                         Bankruptcy Department                    PO BO 2858
Denver, CO 80234-3417                    PO Box 183043                            Omaha, NE 68103-2858
                                         Columbus, OH 43218-3043


Daniela Dimovski                         EGS Financial Care, Inc                  ERC
Daniela Dimovski Attorney at Law P.C.    PO Box 1020                              8014 Bayberry Road
44200 Garfield Rd.                       Dept 806                                 Jacksonville, FL 32256-7412
Suite 124                                Horsham, PA 19044-8020
Clinton Township, MI 48038-1142


Encore Receivable Management             Fouad Batah MD PLLC                      Frontline Asset Strategies
400 N Rogers Rd                          29877 Telegraph Rd Ste 200               1935 West County Road B2
Olathe, KS 66062-1212                    Southfield, MI 48034-7659                Suite 425
                                                                                  Saint Paul, MN 55113-2797


GC Services Limited Partnership          Gettington.com                           HCR Manorcare Med Services
6330 Gulfton                             PO Box 166                               L 2540
Houston, TX 77081-1198                   Newark, NJ 07101-0166                    Columbus, OH 43260-0001
```

| | | |
|---|---|---|
| Catherine Elaine Hagen<br>47107 Willow Lane<br>Macomb, MI 48044-5111 | Robert Carl Hagen<br>47107 Willow Lane<br>Macomb, MI 48044-5111 | Heartland Care Partners MI<br>L 2540<br>Columbus, OH 43260-0001 |
| Hospital Consultants PC<br>3450 Momentum PL<br>Chicago, IL 60689-5334 | Internal Revene Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JH Portfolio Debt Equities LLC<br>PO Box 339<br>Woodland Hills, CA 91365-0339 | Kyle Vonallmen<br>Eltman Law PC<br>5435 Corporate Drive Ste 235<br>Troy, MI 48098-2624 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274-0281 |
| K. Jin Lim<br>176 S. Harvey<br>Plymouth, MI 48170-1616 | Merrick Bank<br>PO Box 660175<br>Dallas, TX 75266-0175 | Metro Center for Health<br>901 McClintock Drive<br>Ste 202<br>Willowbrook, IL 60527-0872 |
| Midland Credit Management Inc<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Midland Credit Management Inc.<br>2365 Northside Drive<br>Ste. 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>2155 Butterfield Dr.<br>Ste. 200<br>Troy, MI 48084-3463 |
| NCC Business Services<br>PO Box 24739<br>Jacksonville, FL 32241-4739 | Nationwide Credit Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Northstar Location Services, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943 | PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Physician Services of MI<br>PO Box 902<br>Troy, MI 48099-0902 |
| RGS Financial<br>PO Box 852039<br>Richardson, TX 75085-2039 | Real Time Diagnostics<br>23247 Pinewood<br>Warren, MI 48091-4754 | Republic Equity Credit Services<br>307 North Michigan Ave<br>Chicago, IL 60601-5404 |
| Riverwalk Holdings, LLC<br>1132 Glade Rd<br>Colleyville, TX 76034-4227 | (p)RUSSELL COLLECTION AGENCY<br>PO BOX 7009<br>FLINT MI 48507-0009 | Seterus<br>14523 SW Millikan Way Suite 200<br>Beaverton, OR 97005-2352 |
| State of Michigan- Dept of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | Stoneleigh Recovery Associates LLC<br>PO Box 1479<br>Lombard, IL 60148-8479 | Superlative RM<br>9355 East Stockton Blvd, Suite 210<br>Elk Grove, CA 95624-9528 |

| | | |
|---|---|---|
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | Target Card Services<br>PO Box 660170<br>Dallas, TX 75266-0170 | The Bureaus<br>650 Dundee Rd<br>Suite 370<br>Northbrook, IL 60062-2757 |
| Union Plus Credit Card<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>SBSE Insolvency Unit<br>Po Box 330500 Stop 15<br>Detroit, MI 48232 | Russell Collection<br>G3285 Van Slyke Road<br>Flint, MI 48507 | End of Label Matrix<br>Mailable recipients  63<br>Bypassed recipients   0<br>Total  63 |