UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:    Robert Carl Hagen                          Case No.:  17-40429
          Catherine Elaine Hagen                     Honorable Thomas Tucker
                                                     Chapter 7


**ORDER ON DEBTORS' APPLICATION TO PAY THE CHAPTER 7 FILING FEE IN
INSTALLMENTS**


Upon consideration of the Debtors' Application to Pay the Chapter 7 Filing Fee In Installments the court
orders that the application be:


_____ Granted
          The Debtors shall pay the Chapter 7 filing fee according to the following terms:

          $100.00     on or before 2/14/17
          $100.00     on or before 3/1/17
          $135.00     on or before 3/15/17.


          Until the filing fee is paid in full, the debtor shall not make ay additional payment or transfer any
          additional property to an attorney or any other person for services in connection with this case.

          IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY
          MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTORS'
          CHAPTER 7 CASE.

                                                    .

**Signed on January 17, 2017**

                                        _____/s/ Thomas J. Tucker_____
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge