UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Robert Carl Hagen                                   Case No.:  17-40429
         Catherine Elaine Hagen                              Honorable Thomas Tucker
                                                             Chapter 7

**ORDER ON DEBTORS' APPLICATION TO PAY THE CHAPTER 7 FILING FEE IN INSTALLMENTS**

Upon consideration of the Debtors' Application to Pay the Chapter 7 Filing Fee In Installments the court orders that the application be:

____ Granted
   The Debtors shall pay the Chapter 7 filing fee according to the following terms:

   $100.00    on or before 2/14/17
   $100.00    on or before 3/1/17
   $135.00    on or before 3/15/17.

   Until the filing fee is paid in full, the debtor shall not make ay additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTORS' CHAPTER 7 CASE.

                                                             .

**Signed on January 17, 2017**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                      Case No. 17-40429-tjt
Robert Carl Hagen                                           Chapter 7
Catherine Elaine Hagen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-2　　　　User: mscat　　　　Page 1 of 1　　　　Date Rcvd: Jan 17, 2017
　　　　　　　　　　　　　　Form ID: pdf01　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
db/jdb        +Robert Carl Hagen,   Catherine Elaine Hagen,   47107 Willow Lane,   Macomb, MI 48044-5111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
　　　　　Daniela   Dimovski    on behalf of Joint Debtor Catherine Elaine Hagen danieladimovski@gmail.com
　　　　　Daniela   Dimovski    on behalf of Debtor Robert Carl Hagen danieladimovski@gmail.com
　　　　　K. Jin Lim    kjinlimtrustee@comcast.net,  MI13@ecfcbis.com
　　　　　Ryan  Byrd    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"),
　　　　　 creditor c/o Seterus, Inc. bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4