IN RE:

Case No:13-46280
Chapter 7
Hon: MCIVOR

Julius Hagan

Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(248) 667-7445

Andrea Cartwright
24750 Lasher Rd
Southfield, MI 48033
248-352-8722
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Communicating Arts Credit Union hereby appears in the above action, by and through its attorneys The Leduc Group, PLLC and requests that all papers in the case be served at the address stated below:
Christopher E. Frank, Esq.,6 Parklane Blvd, Ste 665, Dearborn, MI 48126
cfrank@bankruptcymanagementgroup.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated:  4/5/2013               By:    /S/ Christopher E. Frank
                                      Christopher E. Frank (P67169)
                                      cfrank@bankruptcymanagementgroup.com
                                      Attorney for Creditor
                                      6 Parklane Blvd, Ste 665
                                      Dearborn, MI 48126
                                      (248) 667-7445