UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Robert Carl Hagen                                  Bankruptcy No. 17-40429
Catherine Elaine Hagen                             Honorable Thomas Tucker
    Debtors                                    Chapter 7
_____/

**CERTIFICATE OF COMPLIANCE WITH 11 USC 521 (e)(2)(A)**

    DANIELA DIMOVSKI, being sworn, deposes and says that on February 1, 2017, she served a copy of the Federal income tax return for the most recent tax year ending immediately before the commencement of this case and for which a Federal income tax return was filed, upon the following parties by email:

Chapter 7 Trustee
K. Jin Lim
Kjinlim.documents@comcast.net

    Respectfully submitted:

    DANIELA DIMOVSKI ATTORNEY AT LAW P.C.

    By: /s/ Daniela Dimovski
       DANIELA DIMOVSKI (P60278)
       Attorney for Debtor
       44200 Garfield Rd. Suite 124
       Clinton Township, MI 48038
Dated: 2/01/2017      (586) 738-6329
       danieladimovski@gmail.com