# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| Robert Carl Hagen | Bankruptcy No. 17-40429 |
| Catherine Elaine Hagen | Honorable Thomas Tucker |
|     Debtors | Chapter 7 |
| _____/ | |

## CERTIFICATE OF COMPLIANCE WITH 11 USC 521 (a)(1)(B)(iv) and LBR 1007-I

DANIELA DIMOVSKI, being sworn, deposes and says that on February 1, 2017, she served copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by the Debtor from any employer of the Debtor in said case upon the following parties by email:

Chapter 7 Trustee
K. Jin Lim
Kjinlim.documents@comcast.net

                                Respectfully submitted:

                                DANIELA DIMOVSKI ATTORNEY AT LAW P.C.

                                By: /s/Daniela Dimovski_____
                                    DANIELA DIMOVSKI (P60278)
                                    Attorney for Debtor
                                    44200 Garfield Rd. Suite 124
                                    Clinton Township, MI  48038
Dated:   2/01/17                 (586) 738-6329
                                    danieladimovski@gmail.com