UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In re: Robert Carl Hagen
Catherine Elaine Hagen

Case No.: 17-40429
Honorable Thomas Tucker
Chapter 7

## CERTIFICATE OF NO RESPONSE TO DEBTORS' MOTION TO EXCUSE CATHERINE ELAINE HAGEN'S ATTENDANCE AT 341 MEETING AND ALLOWING ROBERT CARL HAGEN TO TESTIFY ON HER BEHALF

Daniela Dimovski, being first duly sworn, deposes and says that I am the attorney for the above named Debtor(s); that notices were mailed out to the Debtor(s), Trustee, and all parties on the matrix on JANUARY 16, 2017, regarding the Debtors' Motion and that more than FOURTEEN (14) days have elapsed since service and that no objections have been properly filed with the Court or received by Debtor's Counsel.

2-9-17

/s/ Daniela Dimovski
DANIELA DIMOVSKI ATTORNEY AT LAW P.C.
DANIELA DIMOVSKI (P60278)
Attorney for Debtor
44200 Garfield Rd. Suite 124
Clinton Township, MI 48038
(586)738-6329
danieladimovski@gmail.com