# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:   Robert Carl Hagen                    Case No.: 17-40429
         Catherine Elaine Hagen               Honorable Thomas Tucker
                                              Chapter 7

### Order Excusing Catherine Elaine Hagen's Attendance at 341 Meeting of Creditors and Allowing Robert Carl Hagen to Testify on her Behalf

This matter having come before the Court on Debtors' Motion to Excuse Catherine Elaine Hagen's Attendance at the 341Meeting and Allowing Robert Carl Hagen to Testify on her Behalf, the motion being served on all creditors listed on the matrix, no objection being filed, and a certificate of no response having been submitted, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Catherine Elaine Hagen is hereby excused from appearing at the 341 Meeting of Creditors scheduled for February 16, 2017 at 11:00 a.m.

IT IS FURTHER ORDERED that Robert Carl Hagen, Debtor husband, shall be allowed to testify at the 341 Meeting of Creditors on behalf of Catherine Elaine Hagen.

.

**Signed on February 08, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge