| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Carl Hagen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–5544** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Catherine Elaine Hagen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8547** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Michigan** | | |
| Case number:   **17–40429–tjt** | | |

## Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Carl Hagen                                    Catherine Elaine Hagen

4/18/17                                              **By the court:**  /s/ Thomas J. Tucker
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

17-40429-tjt   Doc 27   Filed 04/20/17   Entered 04/21/17 01:03:18   Page 1 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                     United States Bankruptcy Court
                                     Eastern District of Michigan
In re:                                                                                  Case No. 17-40429-tjt
Robert Carl Hagen                                                                       Chapter 7
Catherine Elaine Hagen
        Debtors                              CERTIFICATE OF NOTICE
District/off: 0645-2           User: mscat                  Page 1 of 2                 Date Rcvd: Apr 18, 2017
                               Form ID: 318                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db/jdb         +Robert Carl Hagen,    Catherine Elaine Hagen,    47107 Willow Lane,    Macomb, MI 48044-5111
24529550       +41A Judicial District,    51660 Van Dyke Ave.,    Utica, MI 48316-4448
24529551       +Advantage Assets II,    3250 W Big Beaver Road Suite 124,    Troy, MI 48084-2902
24529553        Allied Interstate Inc.,    PO BOX 361474,    Columbus, OH 43236-1474
24529555       +Alpha Recovery Group,    5660 Greenwood Plaza Blvd Suite 101,    Englewood, CO 80111-2417
24529556        Asset Recovery Solutions, LLC,    2200 E. Devon Ave Ste 200,    Des Plaines, IL 60018-4501
24529558        Beaumont Business Center,    750 Stephenson Highway,    PO BOX 5042,    Troy, MI 48007-5042
24529569       +CW Nexus Credit Card,    101 Crossways Park,    Woodbury, NY 11797-2020
24529560        Capital One Card Services,    PO Box 9600,    Carol Stream, IL 60128-9600
24529565       +Client Services Inc,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
24529568       +Credit Union One,    PO BO 2858,    Omaha, NE 68103-2858
24529571       +Encore Receivable Management,    400 N Rogers Rd,    Olathe, KS 66062-1212
24529573       +Fouad Batah MD PLLC,    29877 Telegraph Rd Ste 200,    Southfield, MI 48034-7659
24529575       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
24529576        Gettington.com,    PO Box 166,    Newark, NJ 07101-0166
24529577       +HCR Manorcare Med Services,    L 2540,    Columbus, OH 43260-0001
24529578       +Heartland Care Partners MI,    L 2540,    Columbus, OH 43260-0001
24529579        Hospital Consultants PC,    3450 Momentum PL,    Chicago, IL 60689-5334
24529583       +Kyle Vonallmen,    Eltman Law PC,    5435 Corporate Drive Ste 235,    Troy, MI 48098-2624
24529585       +Merrick Bank,    PO Box 660175,    Dallas, TX 75266-0175
24529586       +Metro Center for Health,    901 McClintock Drive,    Ste 202,    Willowbrook, IL 60527-0872
24529588       +Midland Credit Management Inc.,    2365 Northside Drive,    Ste. 300,    San Diego, CA 92108-2709
24529589       +Midland Funding LLC,    2155 Butterfield Dr.,    Ste. 200,    Troy, MI 48084-3463
24529591       +NCC Business Services,    PO Box 24739,    Jacksonville, FL 32241-4739
24529590       +Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
24529592       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
24529593        Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
24529594        PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
24529595       +Physician Services of MI,    PO Box 902,    Troy, MI 48099-0902
24529600       ++RUSSELL COLLECTION AGENCY,    PO BOX 7009,    FLINT MI 48507-0009
                (address filed with court: Russell Collection,      G3285 Van Slyke Road,    Flint, MI 48507)
24529596       +Real Time Diagnostics,    23247 Pinewood,    Warren, MI 48091-4754
24529597       +Republic Equity Credit Services,    307 North Michigan Ave,    Chicago, IL 60601-5404
24529601       +Seterus,    14523 SW Millikan Way Suite 200,    Beaverton, OR 97005-2352
24529603       +Stoneleigh Recovery Associates LLC,    PO Box 1479,    Lombard, IL 60148-8479
24529607       +The Bureaus,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24529552       +EDI: ALLIANCEONE.COM Apr 18 2017 22:13:00      Alliance One,    4850 Street Rd,    Suite 300,
                Feasterville Trevose, PA 19053-6643
24529554       +EDI: URSI.COM Apr 18 2017 22:13:00      Alltran Financial, LP,    PO Box 722929,
                Houston, TX 77272-2929
24529557       +EDI: TSYS2.COM Apr 18 2017 22:13:00      Barclays Bank Delaware,    700 Prides Xing,
                Newark, DE 19713-6102
24529559        EDI: CAPITALONE.COM Apr 18 2017 22:13:00      Capital One Bank,    P.O. Box 6492,
                Carol Stream, IL 60197-6492
24529561       +EDI: CHASE.COM Apr 18 2017 22:13:00      Cardmember Service,    PO Box 94014,
                Palatine, IL 60094-4014
24529562       +EDI: MERRICKBANK.COM Apr 18 2017 22:13:00      Carson Smithfield, LLC,    PO Box 9216,
                Old Bethpage, NY 11804-9016
24529563       +E-mail/Text: compliance@chaserec.com Apr 18 2017 22:29:45       Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
24529564       +EDI: CITICORP.COM Apr 18 2017 22:13:00      Citibank,    PO Box 6497,
                Sioux Falls, SD 57117-6497
24529567       +EDI: WFNNB.COM Apr 18 2017 22:13:00      Comenity Bank,    995 W 122nd Ave.,
                Denver, CO 80234-3417
24529566        EDI: WFNNB.COM Apr 18 2017 22:13:00      Comenity Bank,    Bankruptcy Department,    PO Box 183043,
                Columbus, OH 43218-3043
24529570       +E-mail/Text: egssupportservices@egscorp.com Apr 18 2017 22:28:44       EGS Financial Care, Inc,
                PO Box 1020,    Dept 806,    Horsham, PA 19044-8020
24529572       +E-mail/Text: bknotice@erccollections.com Apr 18 2017 22:28:27       ERC,    8014 Bayberry Road,
                Jacksonville, FL 32256-7412
24529580       +EDI: IRS.COM Apr 18 2017 22:13:00      Internal Revene Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
24529584       +EDI: RESURGENT.COM Apr 18 2017 22:13:00      LVNV Funding LLC,    PO Box 740281,
                Houston, TX 77274-0281
24529587       +EDI: MID8.COM Apr 18 2017 22:13:00      Midland Credit Management Inc,    PO Box 60578,
                Los Angeles, CA 90060-0578
24529598       +E-mail/Text: bk@rgsfinancial.com Apr 18 2017 22:27:45       RGS Financial,    PO Box 852039,
                Richardson, TX 75085-2039
24529599       +E-mail/Text: info@lpinv.net Apr 18 2017 22:28:03       Riverwalk Holdings, LLC,    1132 Glade Rd,
                Colleyville, TX 76034-4227
```

```
District/off: 0645-2           User: mscat                  Page 2 of 2                   Date Rcvd: Apr 18, 2017
                               Form ID: 318                 Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
24529602       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Apr 18 2017 22:29:28
                 State of Michigan- Dept of Treasury,    PO Box 30199,    Lansing, MI 48909-7699
24529604       +E-mail/Text: bankruptcy@superlativerm.com Apr 18 2017 22:29:46       Superlative RM,
                 9355 East Stockton Blvd, Suite 210,    Elk Grove, CA 95624-9528
24529605        EDI: RMSC.COM Apr 18 2017 22:13:00       Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL 32896-5061
24529606        EDI: WTRRNBANK.COM Apr 18 2017 22:13:00       Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
24529608       +EDI: HFC.COM Apr 18 2017 22:13:00      Union Plus Credit Card,    PO Box 5222,
                 Carol Stream, IL 60197-5222
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24529581*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    SBSE Insolvency Unit,
                 Po Box 330500 Stop 15,    Detroit, MI 48232)
24529574      ##+Frontline Asset Strategies,    1935 West County Road B2,    Suite 425,
                 Saint Paul, MN 55113-2797
24529582      ##+JH Portfolio Debt Equities LLC,    PO Box 339,    Woodland Hills, CA 91365-0339
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
          Daniela Dimovski    on behalf of Joint Debtor Catherine Elaine Hagen danieladimovski@gmail.com
          Daniela Dimovski    on behalf of Debtor Robert Carl Hagen danieladimovski@gmail.com
          K. Jin Lim    kjinlimtrustee@comcast.net, MI13@ecfcbis.com
          Ryan Byrd    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
           bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
                                                                                              TOTAL: 4
```